■ RAY MOORE, Respondent, v J. H. WILLIAMS INDUSTRIAL PRODUCTS, INC., Formerly Doing Business as VULCAN TOOLS, DIVISION OF TRW, Appellant, et al., Defendants. ▪ ... ▪ Present—Callahan, J. P., Denman, Pine, Balio and Lawton, JJ.

■ MICHAEL GIARDINO et al., Appellants, v JANET GARDINIER et al., Constituting the Zoning Board of Appeals of the City of Rome, et al., Respondents. ▪ ... ▪ Memorandum: We affirm upon the ground that the court correctly determined that petitioners lacked standing to contest the granting of a use variance. Petitioners did not demonstrate that they were aggrieved by the Zoning Board of Appeals determination, and mere status as a taxpayer or business competitor is an insufficient basis for standing (Matter of Dairylea Coop. v Walkley, 38 NY2d 6, 11; Matter of Paolangeli v Stevens, 19 AD2d 763). Thus viewed, it is unnecessary to reach any other issue. (Appeal from judgment of Supreme Court, Oneida County, Inglehart, J.—art 78.) Present—Callahan, J. P., Denman, Pine, Balio and Lawton, JJ.